## Biser's Appeal.

Argued December 6, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

192

*Jacob Boonin,* with him *Marcus D. Hutkin,* for appellant.

*Leo Weinrott,* Special Deputy Attorney General, and *Wm. A. Schnader,* Attorney General, for appellee, were not heard.

PER CURIAM, January 7, 1935:

The order of the court below, dismissing appeal from and affirming the order of the department of revenue refusing appellant's petition for reassessment of tax under the Emergency Relief Sales Tax Act of August 19, 1932, P. L. 92, is affirmed on the opinion written for the court by Judge STERN.